**UNITED STATES of America v. Honorable Eugene RICE, Judge of United States District Court, for Eastern District of Oklahoma.**

No. 3152.

Circuit Court of Appeals, Tenth Circuit.

June 3, 1946.

J. Edward Williams, Acting Head, Lands Division, Department of Justice, of Washington, D. C., for petitioner.

Anglin, Stevenson & Huser, of Holdenville, Okl., and Harry Seaton, of Tulsa, Okl., for respondent.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied June 3, 1946,

pursuant to the answer of the Supreme Court of the United States to certified question, 66 S.Ct. 835.

**UNITED STATES of America v. CONCHO SAND & GRAVEL COMPANY, Inc.**

No. 3362.

Circuit Court of Appeals, Tenth Circuit.

June 26, 1946.

Charles E. Dierker, U. S. Atty., and Robert E. Shelton, Asst. U. S. Atty., both of Oklahoma City, Okl., for appellant.

A. E. Pearson, of Oklahoma City, Okl., and Hamilton & Kane, of Pawhuska, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.

**CONCHO SAND & GRAVEL COMPANY, Inc., v. UNITED STATES of America.**

No. 3363.

Circuit Court of Appeals, Tenth Circuit.

June 26, 1946.

A. E. Pearson, of Oklahoma City, Okl., and Hamilton & Kane, of Pawhuska, Okl., for cross-appellant.

Charles E. Dierker, U. S. Atty., and Robert E. Shelton, Asst. U. S. Atty., both of Oklahoma City, Okl., for cross-appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Cross-appeal docketed and dismissed pursuant to stipulation.